B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re: **Mario Fernandez Trabado, Laura Garcia Trabado**, Debtors

Case No. **12-16152**

Chapter **7**

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 115,600.00 | | |
| B - Personal Property | Yes | 4 | 19,243.89 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 204,787.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 131,715.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | 370,811.60 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,334.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 4,334.00 |
| Total Number of Sheets of ALL Schedules | | 19 | | | |
| Total Assets | | | 134,843.89 | | |
| Total Liabilities | | | | 707,313.60 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Nevada

In re  **Mario Fernandez Trabado,**
**Laura Garcia Trabado**
                                                                Debtors

Case No. **12-16152**

Chapter **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 131,715.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 131,715.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 3,334.00 |
| Average Expenses (from Schedule J, Line 18) | 4,334.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 4,000.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 67,987.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 131,715.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 370,811.60 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 438,798.60 |

B6A (Official Form 6A) (12/07)

In re  **Mario Fernandez Trabado,**
       **Laura Garcia Trabado**
_____,
                              Debtors

Case No. __**12-16152**__

# SCHEDULE A - REAL PROPERTY - AMENDED

    Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **5836 Lady Carolina St. North Las Vegas, NV 89081** | | C | 115,600.00 | 183,587.00 |

                                                                                             Sub-Total >    **115,600.00**    (Total of this page)

                                                                                              Total >       **115,600.00**

__**0**__  continuation sheets attached to the Schedule of Real Property

                                                                        (Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re **Mario Fernandez Trabado,**
**Laura Garcia Trabado**
,
Debtors

Case No. **12-16152**

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| # | Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase Bank Checking Acct # XXXXXXXX0288 Mario Trabado DBA Clark County Public Auction** | C | 20.00 |
| | | | **Chase Bank Acct # XXXXXXXXXX0970 Mario Personal Checking Acct** | H | 57.00 |
| | | | **Chase Bank Acct # XXXXXXXXXX2579 Mario Personal Saving Acct** | H | 100.00 |
| | | | **Bank of America Checking Acct XXXXXX2663** | J | 866.89 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Household Furnishings Location: 5836 Lady Carolina St., North Las Vegas NV 89081** | C | 4,250.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Family pictures Location: 5836 Lady Carolina St., North Las Vegas NV 89081** | J | 650.00 |
| 6. | Wearing apparel. | | **Assorted Used Men's, Women's and Children's Clothing. Location: 5836 Lady Carolina St., North Las Vegas NV 89081** | C | 850.00 |
| 7. | Furs and jewelry. | | **Wedding Rings and Costume Jewelry** | C | 950.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Fidelity Guaranty Life Insurance Term Life Policy No Value** | C | 0.00 |
| | | | **American General Term Life Policy No Value** | C | 0.00 |

Sub-Total >    **7,743.89**
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Mario Fernandez Trabado,** Case No. **12-16152**
**Laura Garcia Trabado**,
Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 50% Interest in Abels Lane LLC | H | Unknown |
| | | Clark County Public Auctions, LLC | H | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >    **0.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Mario Fernandez Trabado,** Case No. **12-16152**
**Laura Garcia Trabado**,
Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Potential Civil Action Against Southern Nevada Movers and Other Interested Parties** | **C** | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 Mazda RX8**<br>**Location: 5836 Lady Carolina St., North Las Vegas NV 89081** | **H** | **7,000.00** |
| | | **2001 Honda Passport**<br>**Location: 5836 Lady Carolina St., North Las Vegas NV 89081** | **W** | **4,500.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| | | | Sub-Total > (Total of this page) | **11,500.00** |

Sheet **2** of **3** continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Mario Fernandez Trabado,**
       **Laura Garcia Trabado**
                                                    , Debtors

Case No. __**12-16152**__

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|   |   |
|---|---|
| Sub-Total > (Total of this page) | 0.00 |
| Total > | 19,243.89 |

Sheet  __3__  of  __3__   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re  **Mario Fernandez Trabado,**
       **Laura Garcia Trabado**,
                                                                                    Debtors

Case No. __**12-16152**__

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Chase Bank Checking Acct # XXXXXXXX0288** | **Nev. Rev. Stat. § 21.090(1)(g)** | **15.00** | **20.00** |
| **Mario Trabado DBA Clark County Public Auction** | **Nev. Rev. Stat. § 21.090(1)(z)** | **5.00** | |
| **Chase Bank Acct # XXXXXXXXX0970** | **Nev. Rev. Stat. § 21.090(1)(g)** | **42.75** | **57.00** |
| **Mario Personal Checking Acct** | **Nev. Rev. Stat. § 21.090(1)(z)** | **14.25** | |
| **Chase Bank Acct # XXXXXXXXX2579** | **Nev. Rev. Stat. § 21.090(1)(g)** | **75.00** | **100.00** |
| **Mario Personal Saving Acct** | **Nev. Rev. Stat. § 21.090(1)(z)** | **25.00** | |
| **Bank of America Checking Acct XXXXXX2663** | **Nev. Rev. Stat. § 21.090(1)(g)** | **650.17** | **866.89** |
| | **Nev. Rev. Stat. § 21.090(1)(z)** | **216.72** | |
| **Household Goods and Furnishings** | | | |
| **Household Furnishings** <br> **Location: 5836 Lady Carolina St., North Las Vegas NV 89081** | **Nev. Rev. Stat. § 21.090(1)(b)** | **4,250.00** | **4,250.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Family pictures** <br> **Location: 5836 Lady Carolina St., North Las Vegas NV 89081** | **Nev. Rev. Stat. § 21.090(1)(a)** | **650.00** | **650.00** |
| **Wearing Apparel** | | | |
| **Assorted Used Men's, Women's and Children's Clothing.** <br> **Location: 5836 Lady Carolina St., North Las Vegas NV 89081** | **Nev. Rev. Stat. § 21.090(1)(b)** | **850.00** | **850.00** |
| **Furs and Jewelry** | | | |
| **Wedding Rings and Costume Jewelry** | **Nev. Rev. Stat. § 21.090(1)(a)** | **950.00** | **950.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2004 Mazda RX8** <br> **Location: 5836 Lady Carolina St., North Las Vegas NV 89081** | **Nev. Rev. Stat. § 21.090(1)(f)** | **7,000.00** | **7,000.00** |
| **2001 Honda Passport** <br> **Location: 5836 Lady Carolina St., North Las Vegas NV 89081** | **Nev. Rev. Stat. § 21.090(1)(f)** | **4,500.00** | **4,500.00** |
| Total: | | **19,243.89** | **19,243.89** |

__**0**__ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **Mario Fernandez Trabado,**  Case No. __**12-16152**__
      **Laura Garcia Trabado**
_____,
                               Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.
    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.
    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".
    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)
    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx0837** <br><br> **Jaime Mondragon** <br> **Title Loan** <br> **6301 Burgandy Way** <br> **Las Vegas, NV 89107-3466** | | C | **Title Loan** <br><br> **2005 GMC W4500** <br> **Location: 2512 Abels Ln, Las Vegas, NV 89115** <br> **Business Use** <br><br> Value $      **6,000.00** | | | | **5,500.00** | **0.00** |
| Account No. **xxx5554** <br><br> **Sewell Dudley Alexander Jr** <br> **Title Loan** <br> **2512 Abels Ln** <br> **Las Vegas, NV 89115-4452** | | C | **Title loan** <br><br> **2002 Nissan Titan** <br> **Location: 2512 Abels Ln, Las Vegas, NV 89115** <br> **Business Use** <br><br> Value $      **13,000.00** | | | | **9,700.00** | **0.00** |
| Account No. **xx5090** <br><br> **Watts Gail Edward** <br> **Title Loan** <br> **2512 Abels Lane** <br> **Las Vegas, NV 89115-4452** | | C | **Title Loan** <br><br> **2003 Chevy Tahoe** <br> **Location: 2512 Abels Ln, Las Vegas, NV 89115** <br> **Business Use** <br><br> Value $      **6,000.00** | | | | **6,000.00** | **0.00** |
| Account No. **xxxxxxxx0200** <br><br> **Wyrhsr Mtg/Select Portfolio Servicing** <br> **Po Box 65250** <br> **Salt Lake City, UT 84165** | | H | **Opened 10/01/06  Last Active  5/07/12** <br><br> **5836 Lady Carolina St. North Las Vegas, NV 89081** <br><br><br> Value $      **115,600.00** | | | | **183,587.00** | **67,987.00** |
| __**0**__ continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | **204,787.00** | **67,987.00** |
| | | | Total <br> (Report on Summary of Schedules) | | | | **204,787.00** | **67,987.00** |

B6E (Official Form 6E) (4/10)

In re   **Mario Fernandez Trabado,**                                                              Case No.   **12-16152**
      **Laura Garcia Trabado**
                                                 Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                                                **1**      continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re  **Mario Fernandez Trabado,**
       **Laura Garcia Trabado**                                       Case No.  **12-16152**
                                                    ,
                                                Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-1097** <br><br> **Internal Revenue Service** <br> **P.O. Box 7346** <br> **Philadelphia, PA 19101-7346** | | C | 2009 | | | | 12,200.00 | 0.00 | 12,200.00 |
| Account No. **xxx-xx-1097** <br><br> **Internal Revenue Service** <br> **P.O. Box 7346** <br> **Philadelphia, PA 19101-7346** | | C | 2010 | | | | 9,515.00 | 0.00 | 9,515.00 |
| Account No. <br><br> **Internal Revenue Service** <br> **P.O. Box 7346** <br> **Philadelphia, PA 19101-7346** | | C | 2007 | | | | 110,000.00 | 0.00 | 110,000.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet  **1**  of  **1**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)  131,715.00   0.00   131,715.00

Total (Report on Summary of Schedules)  131,715.00   0.00   131,715.00

B6J (Official Form 6J) (12/07)

In re  **Mario Fernandez Trabado**
       **Laura Garcia Trabado**
                                                                    Case No.    **12-16152**
                                   Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 1,428.00 |
| a. Are real estate taxes included? | Yes **X**    No ___ | |
| b. Is property insurance included? | Yes **X**    No ___ | |
| 2. Utilities: a. Electricity and heating fuel | | $ 320.00 |
| b. Water and sewer | | $ 85.00 |
| c. Telephone | | $ 125.00 |
| d. Other  **See Detailed Expense Attachment** | | $ 210.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 100.00 |
| 4. Food | | $ 750.00 |
| 5. Clothing | | $ 95.00 |
| 6. Laundry and dry cleaning | | $ 65.00 |
| 7. Medical and dental expenses | | $ 50.00 |
| 8. Transportation (not including car payments) | | $ 270.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 0.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 0.00 |
| b. Life | | $ 136.00 |
| c. Health | | $ 300.00 |
| d. Auto | | $ 0.00 |
| e. Other | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 0.00 |
| b. Other | | $ 0.00 |
| c. Other | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other  **Son - Tutor for Autism** | | $ 400.00 |
| Other | | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 4,334.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
    **Debtor and children have to adhere to a gluten free diet due to a Medical Condition.**

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ 3,334.00 |
| b. | Average monthly expenses from Line 18 above | $ 4,334.00 |
| c. | Monthly net income (a. minus b.) | $ -1,000.00 |

**B6J (Official Form 6J) (12/07)**

In re   **Mario Fernandez Trabado**  
      **Laura Garcia Trabado**                                                        Case No.   **12-16152**  
                                            Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---:|
| **HOA** | $ 25.00 |
| **Cable and Internet** | $ 125.00 |
| **Pest Control** | $ 60.00 |
| **Total Other Utility Expenditures** | $ 210.00 |

# United States Bankruptcy Court
**District of Nevada**

In re  **Mario Fernandez Trabado**
       **Laura Garcia Trabado**
                                       Debtor(s)

Case No.  **12-16152**
Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  **June 28, 2012**          **/s/ Mario Fernandez Trabado**
                                  **Mario Fernandez Trabado**
                                  Signature of Debtor

Date:  **June 28, 2012**          **/s/ Laura Garcia Trabado**
                                  **Laura Garcia Trabado**
                                  Signature of Debtor

Mario Fernandez Trabado
Laura Garcia Trabado
2512 Abels Lane
Las Vegas, NV 89115

H. Stan Johnson, Esq.
Cohen-Johnson, LLC
6293 Dean Martin Drive, Ste. G
Las Vegas, NV 89118

Clark County Assessor
500 South Grand Central Pkwy
2nd Floor
Las Vegas, NV 89155

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551220
Las Vegas, NV 89155-1220

Dept. of Employment Train Rehabilitation
500 E. Third St.
Carson City, NV

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114-0326

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
100 Cambridge Street, 7th Floor
Boston, MA 02114-9564

Nevada Department of Taxation
1550 College Parkway, Ste. 115
Carson City, NV 89706-7937

State of Nevada Dept. of Motor Vehicles
Attn: Legal Division
555 Wright Way
Carson City, NV 89711-0725

United States Trustee
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101

A & J Global Enterprises
Acct No x-xx-xx-xx482-O
C/O Julie Heitzman
1105 Bobby Pollard Ave.
North Las Vegas, NV 89086

```
American Express
Acct No xxxxxxxxxxx2993
American Express Special Research
Po Box 981540
El Paso, TX 79998

Bank Of America
Acct No xxxxxxxxxxx4017
Attention: Recovery Department
4161 Peidmont Pkwy.
Greensboro, NC 27410

Benson Hopp
Acct No x-xx-xx-xx482-O
C/O Kennedy Clark & Williams, PC
1700 Pacific Ave., Ste 1280
Dallas, TX 75201

Bob Casey
Acct No 3-10-CV-00482-O
1037 E. Colton Ave.
North Las Vegas, NV 89030

Cap One
Acct No xxxxxxxxxxx5525
Po Box 5253
Carol Stream, IL 60197

Capital One, N.a.
Acct No xxxxxxxxxxx2628
Capital One Bank (USA) N.A.
Po Box 30285
Salt Lake City, UT 84130

Chase
Acct No xxxxxxxxxxx7760
P.o. Box 15298
Wilmington, DE 19850

Chase
Acct No xxxxxxxxxxx5989
P.o. Box 15298
Wilmington, DE 19850

Citibank Sd, Na
Acct No xxxxxxxxxxx1358
Attn: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195

Discover Fin
Acct No xxxxxxxxxxx9712
Attention: Bankruptcy Department
Po Box 3025
New Albany, OH 43054
```

```
Doug Delorme
Acct No 3-10-CV-00482-O
1037 E. Colton Ave.
North Las Vegas, NV 89030

First Premier Bank
Acct No xxxxxxxxxxxx7966
3820 N Louise Ave
Sioux Falls, SD 57107

Gecrb/discount Tire
Acct No xxxxxxxxxxxx4560
C/o Po Box 965036
Orlando, FL 32896

Gregory Allen Heitzman
Acct No x-xx-xx-xx482-O
1105 Bobby Pollard Ave.
North Las Vegas, NV 89086

Henry V. Vaccaro
Acct No x-xx-xx-x482-0
C/o William A. Pigg, Esq.
660 Newport Center Drive
Suite 100
Newport Beach, CA 92660

Heritage Auctions, Inc
Acct No x-xx-xx-x482-0
DBA Heritage Auction Galleries
3500 Maple Avenue
17th Floor
Dallas, TX 75219

Hutchison & Steffen
Acct No x-xx-xx-x / xxxxxxxxxxxxxx1001
Z. Kathryn Branson, Esq.
10080 Alta Dr, Suite 200
Las Vegas, NV 89145

Internal Revenue Service
Acct No xxx-xx-1097
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jaime Mondragon
Acct No xx0837
Title Loan
6301 Burgandy Way
Las Vegas, NV 89107-3466
```

James T. Jacks, Esq.  
Acct No x-xx-xx-xx482-O  
The US Attorney for Northern District TX  
1100 Commerce, Ste 300  
Dallas, TX 75242  

Samuel E. Joyner, Esq.  
Acct No x-xx-xx-xx482-O  
Gardere Wynne Sewell LLP  
3000 Thanksgiving Tower  
1601 Elm Street  
Dallas, TX 75201-4761  

Sewell Dudley Alexander Jr  
Acct No xxx5554  
Title Loan  
2512 Abels Ln  
Las Vegas, NV 89115-4452  

Southern Nevada Movers, Inc.  
Acct No x-xx-xx-xx482-O  
Jeffrey Lippincott, II  
1037 E. Colton Ave  
North Las Vegas, NV 89030  

Timothy Wix  
Acct No 3-10-CV-00482-O  
Lot 12 Oak Ridges Acres  
5027 Lee Road 390  
Opelika, AL 36804  

United States Of America (IRS)  
Acct No x-xx-xx-xx482-O  
Romona S. Notiger  
US Dept. of Justice, Tax Div.  
717 N. Harwood, Ste 400  
Dallas, TX 75201  

Unvl/citi  
Acct No xxxxxxxxxxxx5363  
Attn.: Centralized Bankruptcy  
Po Box 20507  
Kansas City, MO 64195  

Unvl/citi  
Acct No xxxxxxxxxxxx4734  
Attn.: Centralized Bankruptcy  
Po Box 20507  
Kansas City, MO 64195  

Vintage Associates LLC  
Acct No 3-10-CV-00482-O  
C/O William A. Pigg  
660 Newport Center Dr. Suite 100  
Newport Beach, CA 92660

```
Watts Gail Edward
Acct No xx5090
Title Loan
2512 Abels Lane
Las Vegas, NV 89115-4452

Wyrhsr Mtg/Select Portfolio Servicing
Acct No xxxxxxxxx0200
Po Box 65250
Salt Lake City, UT 84165
```