B6F (Official Form 6F) (12/07)

In re **Mario Fernandez Trabado,**
**Laura Garcia Trabado**
_____,
Debtors

Case No. **12-16152**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x-xx-xx-xx482-O** <br><br> **A & J Global Enterprises** <br> **C/O Julie Heitzman** <br> **1105 Bobby Pollard Ave.** <br> **North Las Vegas, NV 89086** | | C | 7/7/10 <br> Civil Action | | | | **Unknown** |
| Account No. **xxxxxxxxxxxx2993** <br><br> **American Express** <br> **American Express Special Research** <br> **Po Box 981540** <br> **El Paso, TX 79998** | | H | Opened 2/01/11  Last Active 5/16/12 <br> CreditCard | | | | **402.00** |
| Account No. **xxxxxxxxxxxx4017** <br><br> **Bank Of America** <br> **Attention: Recovery Department** <br> **4161 Peidmont Pkwy.** <br> **Greensboro, NC 27410** | | H | Opened 12/01/03  Last Active 3/29/12 <br> CreditCard | | | | **0.00** |
| Account No. **x-xx-xx-xx482-O** <br><br> **Benson Hopp** <br> **C/O Kennedy Clark & Williams, PC** <br> **1700 Pacific Ave., Ste 1280** <br> **Dallas, TX 75201** | | C | 7/15/11 <br> Civil Action | | | | **Unknown** |

__4__ continuation sheets attached

Subtotal
(Total of this page)  **402.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mario Fernandez Trabado,**
       **Laura Garcia Trabado**
                                                                Case No.  **12-16152**
_____,
                         Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x-xx-xx-x / xxxxxxxxxxxxx1001**<br>**Benson Hopp**<br>**c/o Hutchison & Steffen**<br>**10080 Alta Dr, Suite 200**<br>**Las Vegas, NV 89145** | | C | 1/5/12<br>**Writ of Garnishment** | | | | **240,501.60** |
| Account No. **xxxxxxxxxxxx5525**<br>**Cap One**<br>**Po Box 5253**<br>**Carol Stream, IL 60197** | | H | Opened 6/01/05  Last Active 7/20/11<br>**CreditCard** | | | | **1,099.00** |
| Account No. **xxxxxxxxxxxx2628**<br>**Capital One, N.a.**<br>**Capital One Bank (USA) N.A.**<br>**Po Box 30285**<br>**Salt Lake City, UT 84130** | | H | Opened 12/01/07  Last Active 3/09/12<br>**CreditCard** | | | | **2,413.00** |
| Account No. **xxxxxxxxxxxx7760**<br>**Chase**<br>**P.o. Box 15298**<br>**Wilmington, DE 19850** | | H | Opened 1/01/08  Last Active 5/14/12<br>**CreditCard** | | | | **1,524.00** |
| Account No. **xxxxxxxxxxxx5989**<br>**Chase**<br>**P.o. Box 15298**<br>**Wilmington, DE 19850** | | H | Opened 2/01/08  Last Active 4/05/11<br>**CreditCard** | | | | **0.00** |

Sheet no. **1** of **4** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **245,537.60**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mario Fernandez Trabado,**  Case No. __**12-16152**__
       **Laura Garcia Trabado**
_____,
                                Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H/W/J/C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx1358<br><br>Citibank Sd, Na<br>Attn: Centralized Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64195 | | H | Opened 5/01/08 Last Active 4/19/11<br>CreditCard | | | | 3,090.00 |
| Account No. xxxxxxxxxxxx9712<br><br>Discover Fin<br>Attention: Bankruptcy Department<br>Po Box 3025<br>New Albany, OH 43054 | | H | Opened 12/01/07 Last Active 4/18/12<br>CreditCard | | | | 4,557.00 |
| Account No. xxxxxxxxxxxx7966<br><br>First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107 | | C | Opened 5/19/05 Last Active 3/20/11<br>CreditCard | | | | 0.00 |
| Account No. xxxxxxxxxxxx4560<br><br>Gecrb/discount Tire<br>C/o Po Box 965036<br>Orlando, FL 32896 | | C | Opened 12/01/11 Last Active 4/19/12<br>ChargeAccount | | | | 685.00 |
| Account No. x-xx-xx-xx482-O<br><br>Gregory Allen Heitzman<br>1105 Bobby Pollard Ave.<br>North Las Vegas, NV 89086 | | C | 7/7/10<br>Civil Action | | | | Unknown |

Sheet no. __2__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **8,332.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mario Fernandez Trabado,**
       **Laura Garcia Trabado**,
                                                                 Debtors

Case No. **12-16152**

### AMENDED
### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H/W/J/C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x-xx-xx-x482-0**<br><br>**Henry V. Vaccaro**<br>**C/o William A. Pigg, Esq.**<br>**660 Newport Center Drive**<br>**Suite 100**<br>**Newport Beach, CA 92660** | | C | **1-31/11**<br>**Civil Action** | | | | **Unknown** |
| Account No. **x-xx-xx-x482-0**<br><br>**Heritage Auctions, Inc**<br>**DBA Heritage Auction Galleries**<br>**3500 Maple Avenue**<br>**17th Floor**<br>**Dallas, TX 75219** | | C | **1/31/11**<br>**Civil Action** | | | | **Unknown** |
| Account No. **xxx-xx-1097**<br><br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | | C | **2008** | | | | **6,540.00** |
| Account No. **xxx-xx-1097**<br><br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | | C | **2007** | | | | **110,000.00** |
| Account No. **x-xx-xx-xx482-O**<br><br>**James T. Jacks, Esq.**<br>**The US Attorney for Northern District TX**<br>**1100 Commerce, Ste 300**<br>**Dallas, TX 75242** | | C | **1/31/11**<br>**Civil Action** | | | | **Unknown** |

Sheet no. **3** of **4** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **116,540.00**

In re **Mario Fernandez Trabado,**
**Laura Garcia Trabado**
                                                                                     , 
Debtors

Case No. **12-16152**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x-xx-xx-xx482-O**<br><br>**Samuel E. Joyner, Esq.**<br>**Gardere Wynne Sewell LLP**<br>**3000 Thanksgiving Tower**<br>**1601 Elm Street**<br>**Dallas, TX 75201-4761** | C | | **1/31/11**<br>**Civil Action** | | | | **Unknown** |
| Account No. **x-xx-xx-xx482-O**<br><br>**Southern Nevada Movers, Inc.**<br>**Jeffrey Lippincott, II**<br>**1037 E. Colton Ave**<br>**North Las Vegas, NV 89030** | C | | **1-31/11**<br>**Civil Action** | | | | **Unknown** |
| Account No. **x-xx-xx-xx482-O**<br><br>**United States Of America (IRS)**<br>**Romona S. Notiger**<br>**US Dept. of Justice, Tax Div.**<br>**717 N. Harwood, Ste 400**<br>**Dallas, TX 75201** | C | | **1/31/11**<br>**Civil Action** | | | | **Unknown** |
| Account No. **xxxxxxxxxxxx5363**<br><br>**Unvl/citi**<br>**Attn.: Centralized Bankruptcy**<br>**Po Box 20507**<br>**Kansas City, MO 64195** | | H | **Opened 4/01/93 Last Active 7/07/11**<br>**CreditCard** | | | | **0.00** |
| Account No. **xxxxxxxxxxxx4734**<br><br>**Unvl/citi**<br>**Attn.: Centralized Bankruptcy**<br>**Po Box 20507**<br>**Kansas City, MO 64195** | | H | **Opened 4/06/07 Last Active 11/15/11**<br>**CreditCard** | | | | **0.00** |

Sheet no. __4__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **0.00**

Total (Report on Summary of Schedules)    **370,811.60**