

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

**Entered on Docket**
**July 01, 2013**

_____

DAVID A. ROSENBERG
Nevada Bar No.: 10738
US BANKRUPTCY TRUSTEE
5030 Paradise Road., #B-215
Las Vegas, Nevada 89119
Phone: (702) 405-7312
Fax: (702) 947-2244
darosenberg@7trustee.net

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **In Re:** | **Case No.: BK-S-12-16152 MKN** |
| **TRABADO, MARIO FERNANDEZ** <br> **TRABADO, LAURA GARCIA** | **IN PROCEEDINGS UNDER CHAPTER 7** |
| **Debtor(s)** | **Hearing Date : N/A** <br> **Hearing Time: N/A** |

### ORDER APPROVING TRUSTEE'S FINAL REPORT AND APPLICATION FOR FINAL COMPENSATION AND REIMBURSEMENT

UPON the filing of Trustee's Final Report and Application for Compensation and Reimbursement by Trustee, David A. Rosenberg, and no oppositions having been filed, and the Court being well and sufficiently advised as to all other matters thereto, Orders as follows:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Trustee's Final Report and Application for Final Compensation and Reimbursement, as submitted, is hereby approved.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Trustee's request for final fees in the amount of $1,250.00 and reimbursement of expenses in the amount of $149.53, for a total of $1,399.53 is hereby approved.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Trustee shall be permitted to pay the claims as submitted in the Trustee's Final Report, in accordance with the Bankruptcy Code.

**IT IS SO ORDERED.**

Respectfully Submitted

By:    /s/ *David A. Rosenberg*
David A. Rosenberg
Panel Bankruptcy Trustee
5030 Paradise Road, #B-215
Las Vegas, NV 89119
Phone: (702) 405-7312
Chapter 7 Trustee

ALTERNATIVE METHOD RE: RULE 9021

_____   The Court has waived the requirement of approval under L.R. 9021.

__X___   No parties appeared of filed written objections, and there is no other Trustee appointed in the case.

_____   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any Trustee appointed in this case, and each has approved or disapproved this order, or failed to respond, as indicated below:
(List Parties)

###