# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re: TRABADO, MARIO FERNANDEZ  § Case No. 12-16152
TRABADO, LAURA GARCIA  §
§
Debtor(s)  §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

David A. Rosenberg, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $384,638.89    Assets Exempt: $31,073.89
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,570.47    Claims Discharged
    Without Payment: $459,381.88

Total Expenses of Administration: $1,429.53

---

3) Total gross receipts of $ 5,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $204,787.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,429.53 | 1,429.53 | 1,429.53 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 131,715.00 | 23,560.13 | 23,560.13 | 3,570.47 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 370,811.60 | 318,230.22 | 318,230.22 | 0.00 |
| **TOTAL DISBURSEMENTS** | $707,313.60 | $343,219.88 | $343,219.88 | $5,000.00 |

4) This case was originally filed under Chapter 7 on May 23, 2012. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/29/2013          By: /s/David A. Rosenberg, Trustee
                                Trustee, Bar No.: 10738

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 50% Interest in Abels Lane LLC | 1129-000 | 5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$5,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Wyrhsr Mtg/Select Portfolio Servicing | 4110-000 | 183,587.00 | N/A | N/A | 0.00 |
| NOTFILED | Sewell Dudley Alexander Jr Title Loan | 4110-000 | 9,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Watts Gail Edward Title Loan | 4110-000 | 6,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Jaime Mondragon Title Loan | 4110-000 | 5,500.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$204,787.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David A. Rosenberg, Trustee | 2100-000 | N/A | 1,250.00 | 1,250.00 | 1,250.00 |
| David A. Rosenberg, Trustee | 2200-000 | N/A | 149.53 | 149.53 | 149.53 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $1,429.53 | $1,429.53 | $1,429.53 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | INTERNAL REVENUE SERVICE | 5800-000 | 21,715.00 | 20,465.73 | 20,465.73 | 3,101.52 |
| 8P | NEVADA DEPARTMENT OF TAXATION | 5800-000 | N/A | 3,094.40 | 3,094.40 | 468.95 |
| NOTFILED | Internal Revenue Service | 5200-000 | 110,000.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $131,715.00 | $23,560.13 | $23,560.13 | $3,570.47 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | INTERNAL REVENUE SERVICE | 7100-000 | 110,000.00 | 81,492.32 | 81,492.32 | 0.00 |
| 2 -2 | DISCOVER BANK | 7100-000 | 4,557.00 | 3,747.31 | 3,747.31 | 0.00 |
| 3 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | 7100-000 | 3,090.00 | 2,910.00 | 2,910.00 | 0.00 |
| 4 | PORTFOLIO INVESTMENTS II LLC | 7100-000 | N/A | 300.00 | 300.00 | 0.00 |
| 5 | AMERICAN EXPRESS TRAVEL RELATED SERVICES CO INC | 7100-000 | 402.00 | 727.00 | 727.00 | 0.00 |
| 6 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 1,099.00 | 1,522.23 | 1,522.23 | 0.00 |
| 7 | BENSON HOPP | 7100-000 | 240,501.60 | 227,347.44 | 227,347.44 | 0.00 |
| 8U | NEVADA DEPARTMENT OF TAXATION | 7100-000 | N/A | 183.92 | 183.92 | 0.00 |
| NOTFILED | Gecrb/discount Tire | 7100-000 | 685.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Henry V. Vaccaro C/o William A. Pigg, Esq. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Gregory Allen Heitzman | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Heritage Auctions, Inc DBA Heritage Auction Galleries | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | First Premier Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Unvl/citi | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Unvl/citi | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | United States Of America (IRS) Romona S. Notiger | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Southern Nevada Movers, Inc. Jeffrey Lippincott, II | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | James T. Jacks, Esq. The US Attorney for Northern | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Samuel E. Joyner, Esq. Gardere Wynne Sewell LLP | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 7100-000 | 6,540.00 | N/A | N/A | 0.00 |
| NOTFILED | A & J Global Enterprises C/O Julie Heitzman | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Benson Hopp C/O Kennedy Clark & Williams, PC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Capital One, N.a. Capital One Bank (USA) N.A. | 7100-000 | 2,413.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 1,524.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $370,811.60 | $318,230.22 | $318,230.22 | $0.00 |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-16152  
**Case Name:** TRABADO, MARIO FERNANDEZ  
TRABADO, LAURA GARCIA  
**Period Ending:** 08/29/13

**Trustee:** (480023) David A. Rosenberg, Trustee  
**Filed (f) or Converted (c):** 05/23/12 (f)  
**§341(a) Meeting Date:** 06/22/12  
**Claims Bar Date:** 01/10/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 5836 Lady Carolina St. North Las Vegas, | 115,600.00 | 0.00 | | 0.00 | FA |
| 2 | 2512 Abels Lane, Las Vegas, NV 89115, under Abel | 216,770.00 | 0.00 | | 0.00 | FA |
| 3 | Chase Bank Checking Acct # XXXXXXXX0288 Mario Tr | 20.00 | 0.00 | | 0.00 | FA |
| 4 | Chase Bank Checking Acct # XXXXXXXXX6003 Clark C | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Chase Bank Acct # XXXXXXXXXX0970 Mario Personal | 57.00 | 0.00 | | 0.00 | FA |
| 6 | Chase Bank Acct # XXXXXXXXXX2579 Mario Personal | 100.00 | 0.00 | | 0.00 | FA |
| 7 | Chase Bank Acct XXXXXXX8272 Abels Lane LLC - Bus | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Bank of America Checking Acct XXXXXX2663 | 866.89 | 0.00 | | 0.00 | FA |
| 9 | Household Furnishings | 4,250.00 | 0.00 | | 0.00 | FA |
| 10 | Family pictures | 650.00 | 0.00 | | 0.00 | FA |
| 11 | Assorted Used Men's, Women's and Children's Clot | 850.00 | 0.00 | | 0.00 | FA |
| 12 | Wedding Rings and Costume Jewelry | 950.00 | 0.00 | | 0.00 | FA |
| 13 | Fidelity Guaranty Life Insurance Term Life Polic | 0.00 | 0.00 | | 0.00 | FA |
| 14 | American General Term Life Policy No Value | 0.00 | 0.00 | | 0.00 | FA |
| 15 | 50% Interest in Abels Lane LLC | 0.00 | 0.00 | | 5,000.00 | FA |
| 16 | Clark County Public Auctions, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Potential Civil Action Against Southern Nevada M | 0.00 | 0.00 | | 0.00 | FA |
| 18 | 2004 Mazda RX8 | 7,000.00 | 0.00 | | 0.00 | FA |
| 19 | 2001 Honda Passport | 4,500.00 | 0.00 | | 0.00 | FA |
| 20 | 1988 GMC 3500 VAN | 600.00 | 0.00 | | 0.00 | FA |
| 21 | 1985 Ford 3500 Van | 200.00 | 0.00 | | 0.00 | FA |
| 22 | 1974 Model T 35 Foot Trailer | 425.00 | 0.00 | | 0.00 | FA |
| 23 | 1993 Pahrump Utility Trailer 12 ft | 500.00 | 0.00 | | 0.00 | FA |
| 24 | 1989 Ford F250 | 1,000.00 | 0.00 | | 0.00 | FA |

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-16152  
**Case Name:**   TRABADO, MARIO FERNANDEZ  
                TRABADO, LAURA GARCIA  
**Period Ending:** 08/29/13

**Trustee:**    (480023)   David A. Rosenberg, Trustee  
**Filed (f) or Converted (c):** 05/23/12 (f)  
**§341(a) Meeting Date:**  06/22/12  
**Claims Bar Date:**  01/10/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 25 | 1999 Ford F250 | 1,250.00 | 0.00 | | 0.00 | FA |
| 26 | 1987 Ford Cargo L-T | 750.00 | 0.00 | | 0.00 | FA |
| 27 | 2007 AZTV Utility Trailer 14 Ft | 1,000.00 | 0.00 | | 0.00 | FA |
| 28 | 2000 Beach Utility Trailer 14 Ft | 800.00 | 0.00 | | 0.00 | FA |
| 29 | 2001 CAT1 Utility Trailer 12 Ft | 1,500.00 | 0.00 | | 0.00 | FA |
| 30 | 2005 GMC W4500 | 6,000.00 | 0.00 | | 0.00 | FA |
| 31 | 2003 Chevy Tahoe | 6,000.00 | 0.00 | | 0.00 | FA |
| 32 | 2002 Nissan Titan | 13,000.00 | 0.00 | | 0.00 | FA |
| 32 | Assets   Totals (Excluding unknown values) | **$384,638.89** | **$0.00** | | **$5,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

    Approval of TFR by USTO

**Initial Projected Date Of Final Report (TFR):**   October 5, 2014        **Current Projected Date Of Final Report (TFR):**   May 29, 2013  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 12-16152 | **Trustee:** David A. Rosenberg, Trustee (480023) |
| **Case Name:** TRABADO, MARIO FERNANDEZ<br>TRABADO, LAURA GARCIA | **Bank Name:** Rabobank, N.A.<br>**Account:** ****074066 - Checking Account |
| **Taxpayer ID #:** **-***0726 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 08/29/13 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/11/13 | {15} | Mario Trabado | Stipulation payment | 1129-000 | 5,000.00 | | 5,000.00 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,990.00 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,980.00 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,970.00 |
| 07/02/13 | 101 | INTERNAL REVENUE SERVICE | Dividend paid  15.15% on $20,465.73; Claim# 1P; Filed: $20,465.73; Reference: | 5800-000 | | 3,101.52 | 1,868.48 |
| 07/02/13 | 102 | NEVADA DEPARTMENT OF TAXATION | Dividend paid  15.15% on $3,094.40; Claim# 8P; Filed: $3,094.40; Reference: | 5800-000 | | 468.95 | 1,399.53 |
| 07/02/13 | 103 | David A. Rosenberg, Trustee | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,399.53 | 0.00 |
| | | | Dividend paid 100.00%    1,250.00<br>on $1,250.00;  Claim# ;<br>Filed: $1,250.00 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%    149.53<br>on $149.53;  Claim# ;<br>Filed: $149.53 | 2200-000 | | | 0.00 |

| | | | |
|---|---:|---:|---:|
| **ACCOUNT TOTALS** | 5,000.00 | 5,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 5,000.00 | 5,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$5,000.00** | **$5,000.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---:|---:|---:|
| **Checking # ****074066** | 5,000.00 | 5,000.00 | 0.00 |
| | $5,000.00 | $5,000.00 | $0.00 |

{} Asset reference(s)                                                                                                                                       Printed: 08/29/2013 06:05 PM    V.13.13