E-filed 9-10-13

Kathryn Holbert, Esq.
Nevada Bar No. 10084
Law Office of Brian D. Shapiro, LLC
228 South 4th Street, Suite 300
Las Vegas, NV 89101
(702)386-8600, Fax (702)383-0994
kholbert@brianshapirolaw.com
Attorney for Creditor Benson Hopp

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In Re: MARIO FERNANDEZ TRABADO
dba CLARK COUNTY PUBLIC AUCTION,

Debtor.

CASE NO. 12-16152-MKN

CHAPTER 7

## EX-PARTE MOTION FOR 2004 EXAM RE: DEBTOR, MARIO FERNANDEZ TRABADO

Benson Hopp ("Creditor") by and through his attorney Kathryn Holbert, Esq. of the Law Office of Brian D. Shapiro, LLC, hereby moves this Court for an order pursuant to Bankruptcy Court Rule 2004 compelling Debtor, MARIO FERNANDEZ TRABADO to appear upon no less than 14 days notice for examination before a court reporter to be examined on those matters set forth within Rule 2004(b).

///

Dated: 9-10-13

/s/ Kat Holbert
Kathryn Holbert, Esq.
Nevada Bar No. 10084
Law Office of Brian D. Shapiro, LLC
228 S. 4th Street, Suite 300
Las Vegas, NV 89101
(702)386-8600, Fax (702)383-0994
kholbert@brianshapirolaw.com
Attorney for Creditor Benson Hopp

Page 1